GREGORY HENDERSHOTT (CA State Bar No. 179743)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: michellefife@dwt.com

Attorneys for GWP HOLDINGS, LLC and
WESTERN TRUCK PARTS & EQUIPMENT
COMPANY, LLC

# IN THE UNITED STATES DISTRICT COURT

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LUJAN,<br><br>    Plaintiff,<br><br>v.<br><br>GWP HOLDINGS, LLC.; WESTERN TRUCK PARTS AND EQUIPMENT, LLC, and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. 2:09-cv-00079 MCE-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Complaint Filed: October 10, 2008 |

## STIPULATION

Steve Lujan, Plaintiff, and GWP Holdings, LLC, and Western Truck Parts and Equipment, LLC, Defendants, hereby stipulate to the entry of the subjoined Order based on the fact that the parties are dismissing the action based on a pre-existing agreement to pursue the matter in binding arbitration.

DATED this 4th day of March, 2009.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | T.L. FOX & ASSOCIATES |
| By: */s/ Michelle D. Fife* | By: */s/ Thomas L. Fox* |
| Attorneys for Defendants GWP HOLDINGS, LLC and WESTERN TRUCK PARTS & EQUIPMENT COMPANY, LLC | Attorneys for Plaintiff STEVE LUJAN |

1

STIPULATION AND ORDER OF DISMISSAL
Case No. 09-00079 MCE-EFB
DWT 12515492v1 0081177-000017

PDF created with pdfFactory trial version www.pdffactory.com

## **AGREED ORDER**

Based on the foregoing Stipulation, the Court hereby Orders as follows:

Plaintiff's Complaint against Defendants is hereby DISMISSED IN ITS ENTIRETY WITH PREJUDICE. The Clerk is directed to close the file.

DATED: March 6, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Presented by:
DAVIS WRIGHT TREMAINE LLP

By:/s/ Michelle D. Fife_____
Michelle D. Fife
Attorneys for Defendants GWP HOLDINGS, LLC and WESTERN TRUCK PARTS & EQUIPMENT COMPANY, LLC

T.L. FOX & ASSOCIATES

By: /s/ Thomas L. Fox_____
Thomas L. Fox
Attorneys for Plaintiff STEVE LUJAN

PDF created with pdfFactory trial version www.pdffactory.com